555 new

1 | **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2 | Name  Van Durden      David         W
3 | (Last)            (First)          (Initial)

4 | Prisoner Number  F-13456

5 | Institutional Address  San Quentin State Prison

FILED
JUN 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

David W Van Durden
(Enter the full name of plaintiff in this action.)

vs.

San Quentin State Prison

(Enter the full name of the defendant(s) in this action)

Case No. CV 08 2940 JF (PR)
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies.

  [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

  A.  Place of present confinement  San Quentin

  B.  Is there a grievance procedure in this institution?

   YES (X)    NO ( )

  C.  Did you present the facts in your complaint for review through the grievance procedure?

   YES (X)    NO ( )

  D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                                      - 1 -

1. Informal appeal  WAS lost two times

2. First formal level

3. Second formal level

4. Third formal level

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( )    NO (X)

F. If you did not present your claim for review through the grievance procedure, explain why. CDC has repeatedly destroyed And or lost every CDC form 602 Administrative Appeal that I have submitted

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

David W Van Durden F13456
San Quentin Stat Prison
San Quentin CA 94974

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

C/O Christensen San Quentin state prison

COMPLAINT                                -2-

1  Warden of San Quentin State Prison
2
3
4

5  III.   Statement of Claim.
6  State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10      See Attach pages 1, 2
11
12
13
14
15
16
17
18
19
20
21
22

23  IV.   Relief.
24  Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26      See Attach page 2B
27
28

COMPLAINT                     - 3 -

1  _____
2  _____
3  _____
4  _____

5   I declare under penalty of perjury that the foregoing is true and correct.

7   Signed this __5th__ day of __June__, 20____

9   _____
10                      (Plaintiff's signature)

COMPLAINT                    - 4 -

in contact with regarding this situation, after I was released on parole.

#1 On Thursday June 28th, 2007 at San Quentin State Prison after evening meal I was approached by C/O Christensen and another heavyset C/O assigned to Alpine Section that day. C/O Christensen stated that he wanted me to assault the inmate in cell 1-A-5 (Meimardis #T-08018) when I refused both officers stated "you know how it goes either you do it or we have someone else do you + him" I continued to refuse.

#2 Then C/O Christensen said to the other C/O "Hey Vandurden was suppose to go home already." The other C/O said "yes that's right" C/O Christensen then said "you look suicidal maybe we should put you in 4 point restraints" as he looked me right in the eyes.

#3 I then succumbed to the pressure & threats to my health & agreed to their demands. C/O Christensen unlocked my cell & I was escorted to cell 1-A-5. C/O Christensen unlocked cell 1-A-5 which was solely occupied by inmate Meimardis & then shoved me into the cell. I looked at Im Meimardis then C/O Christensen. The C/O's nodded & I began beating Im Meimardis as they watched & the inmate did not defend himself. The C/O's walked off for awhile then returned removed me from cell 1-A-5 & returned

#3 cont me to cell 1-A-7

#4 Approximately 1 hour later at pill call I notified the nurse that I needed to speak to Dr. Freeman, that the C/O's had me assault another inmate. The nurse told the C/O's she couldn't find my pills & needed to return to the medical dept.

#5 Shortly after the nurse left, Dr. Freeman came to my cell & I explained what had happened. Dr. Freeman stated "I don't believe that stuff happens here" then left.

#6 The next day Friday June 29 as we returned from breakfast, I noticed Dr. Freeman & ~~[redacted]~~ in the office with I/m meinardis. I/m meinardis began yelling thats him thats the guy that beat me.

As Lt Munoz entered the housing unit I asked to speak to him. I explained what had happened the day before as well as my attempts to notify medical staff. Lt Munoz entered the office to speak with I/m meinardis.

Dr. Freeman then came to speak with me and apologised for not believing me the day before. Then correctional Cpt Donahue and an associate warden entered the housing unit. Lt Munoz came to me & informed me that I would not be paroling that day as expected. I was going to Ad-seg.

#7 I was housed in a cell in the Adjustment Center that had previously held inmate Whitehead. The cell was covered in human feces. I refused to be put in that cell unless it was cleaned. I was told by the escorting officers that I would go into the cell or they would break my wrist.

#8 The following Monday I was brought to a room & told to give my statement of events and that they would be video taped.
I was further advised that Internal Affairs would be coming to speak with me.

#9 I was released from custody & placed on parole on _____.

#10 I have been harassed by C/O Christensen in my community. He has chased me in his truck a _____

#11 I complained to my parole officer and filed a CDC 602 with my parole officer on two occassions. Both CDC 602's have been lost.

#12 As of this date Internal Affairs has not made any contact with me concerning these events.

#13 I have been obstructed from pursuing any & all remedies available to me administratively.

#14 I am now facing parole violation & placed once again in custody at San Quentin because I absconded while on parole out of fear for my life, due to retaliation by C/O Christensen

1B

1#

That a thorough federal Investigation be held regarding Correctional staff violations of prisoners and abuse of authority at San Quentin.

2#

Declarative relief stating that CDC staff have violated my constitutional protections under the U.S. constitution

3#

Protections from further harassment by C/O Christensen and San Quentin staff.

4#

Punitive damages in the amount of $75,000 oo for emotional trauma and stress.

San Quentin V75756
San Quentin's State Prison
San Quentin, CA 94974

Legal Mail

Clerk of the US District Court
450 Golden Gate Ave
PO Box 36060
San Francisco, CA 94102