FILED
JUN 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

David W Van Durden
                        Plaintiff,

vs.

San Quentin State Prison    Defendant.

CASE NO: CV 08 2940 JF (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

E-filing

I, Van Durden, D, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

APP. TO PROC. IN FORMA PAUPERIS            - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

N/A

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

| | | | |
|---|---|---|---|
| a. | Business, Profession or self employment | Yes ___ | No ✓ |
| b. | Income from stocks, bonds, or royalties? | Yes ___ | No ✓ |
| c. | Rent payments? | Yes ___ | No ✓ |
| d. | Pensions, annuities, or life insurance payments? | Yes ___ | No ✓ |
| e. | Federal or State welfare payments, Social Security or other government source? | Yes ___ | No ✓ |

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?                                        Yes ___  No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.   a.   List amount you contribute to your spouse's support:$ _____

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).

5   _____

6   _____

7   5.   Do you own or are you buying a home?          Yes ____ No ✓
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?                    Yes ____ No ✓
10  Make _____ Year _____ Model _____
11  Is it financed? Yes _____ No _____ If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7.   Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $ _____
17  Do you own any cash? Yes ____ No ✓ Amount: $ _____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)   Yes ____ No ____
20  _____

21  8.   What are your monthly expenses?
22  Rent: $ _____ Utilities: _____
23  Food: $ _____ Clothing: _____
24  Charge Accounts:

25  <u>Name of Account</u>          <u>Monthly Payment</u>          <u>Total Owed on This Acct.</u>
26  _____         $ _____        $ _____
27  _____         $ _____        $ _____
28  _____         $ _____        $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

June 5, 2008                    [signature]
DATE                            SIGNATURE OF APPLICANT