6-18-08

To Whom it may concern: I have requested three C08-2940-JF different times, to the inmate trust account. That they provide a summary trust account for the last 6 months. All requests have been refused. I have filed an inmate grievance (602) on this matter, with no response. It has been 28 days. Please accept The Application to Proceed In Forma Pauperis.

I'm not sure what else to do. Thank you for your time and patience.

David W Van Durden

RECEIVED
JUN 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL FILED
JUN 23 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COPY

| STATE OF CALIFORNIA | | | | DEPARTMENT OF CORRECTIONS |
|---|---|---|---|---|
| **INMATE/PAROLEE APPEAL FORM** CDC 602 (12/87) | Location: Institution/Parole Region 1. _____ 2. _____ | | Log No. 1. _____ 2. _____ | Category _____ |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Van Durden, D | F13456 | | 2W13 |

A. Describe Problem: I have attempted twice to get a Certificate of Funds In Prisoners Acount. With no reply. This is my third attempt, enclosed is the certificate.

If you need more space, attach one additional sheet.

B. Action Requested: A completed copy of Certificate of Funds In Prisoners Account.

Inmate/Parolee Signature: _____  Date Submitted: 6-4-08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____  Date Returned to Inmate: _____

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____  Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____