7-21-08
JF

Case Number CV 08 2940

On 5·5·08 I sent a letter out to Internal Affairs explaining that I feel my life's in danger!

Internal Affairs sends my please help letter to the Warden at San Quentin.

The warden sends my letter to the Appeals Coordinator.

The Appeals Coordinator tells me to write a 602

What about my life being in danger? I need help about it  <u>My life's in Danger</u> please Help

RECEIVED
JUL 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number #

CV08 2940

5/5/08

My Name is Van Durden, David F-13456:

I was told by A Lt Munoz at San Quentin that Internal Affairs would be contacting me, for a investigation.

In June 2007 a C/O Christerson at San Quentin made me by forcing me to Attack Andther Inmate in P.C.
Then on the streets he chased me for 30-45 min yes I did not no he lives in my town or CO this I didn't no. (Santa Rosa) I no the first 3 of his license # of his <u>truck</u>.
I told Lt Munoz this back in 3/?/08 this.
1) When is someone going to come talk to me?
2) Im filing a Claim form and a 42 U.S.C. §§ 1983
3) I need all Dates, Names & Copys And investigation case # for my 42 U.S.C. 1983

4) A Restrain Order on C/O Christerson I feel my life is in <u>danger</u>!

JUN 2 0 REC'D

Thank you          David W Van Durden
                   [signature]
San Quentin     please Help

State of California                                                          Department of Corrections

# Memorandum

Date:   June 16, 2008

To:   Robert Ayers, Warden
   San Quentin State Prison

Subject:   **INMATE CORRESPONDENCES**

The attached inmate correspondences have been received by Internal Affairs – Central Intake Unit.

Based upon the nature of the correspondences, this matter is being referred to your office for review and disposition.

If you have any questions, feel free to contact me at (916) 225-0817.

*[signature]*

Joe Galvan
Special Agent in Charge (A)
Office of Internal Affairs-Headquarters

Attachments

Inmate:

| | |
|---|---|
| David | F13456 |
| Clark | C63000 |
| Lay | C33245 |

INMATE COPY

JUN 2 0 REC'D

STATE OF CALIFORNIA                                                     DEPARTMENT OF CORRECTIONS

# REFERRAL MEMORANDUM

Date: **6/21/08**

1. (initial & date) F13456   2ω95ω
2. 
3. 
4. 
5. 

6. 
7. 
8. 
9. 
10. 

From: **RICARDO BRAU – APPEALS COORDINATOR**
INMATE APPEALS OFFICE

Subject: _____

☐ Approval/Sign-off        ☐ Handcarry or Call for Pick Up
☐ Signature                ☐ Release When Signed
☐ Information              ☐ Do not Release; Call When Signed

Control Number _____

Name/Phone No.
**RICARDO BRAU**
Appeals Coordinator
*EXT. 5034*

Remarks: CDC 982 (Rev. 2/87)

**SUBMIT YOUR COMPLAINT ON A 602 AND FORWARD TO YOUR PAROLE REGION SHOULD YOU WISH TO PURSUE.**



David Van Durden F-13456
San Quentin State Prison
San Quentin, CA. 94974

Internal Affairs
P.O. Box 3009
Sacramento, CA 95812

David Van Durien F-13456
San Quentin State Prison
San Quentin, CA 94974

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102

