David Van Durden
PRO SE
F13456
San Quentin State Prison

**FILED**

JUL 29 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Norther District of California

David Van Durden
PLAINTIFF,

vs.

San Quentin State Prison

DEFENDANTS,

CASE NO: CV 08 2940 JF

MOTION OF PLAINTIFF FOR APPOINTMENT OF COUNSEL OR LEGAL REPRESENTATION

COMES NOW PLAINTIFF, DANNY J. JARVIS WHO IN PRO SE, CURRENTLY IS WITHIN THE UNITED STATES DISTRICT COURT, DISTRICT OF CALIFORNIA IN THE ABOVE TITLED CASE NO. CV 08 2940.

MEMORANDUM OF POINTS & AUTHORITIES
1.) SUMMARY OF ACTION AND CURRENT MOTION

A.) PLAINTIFF WHO PROCEEDS IN THIS CIVIL RIGHTS LITIGATION IN PRO SE, IS CURRENTLY WITHOUT FUNDS TO RETAIN COUNSEL ON HIS OWN, NOR CAN HE AFFORD AN ATTORNEY IN ANY NEAR FUTURE.

1.)

David VanDurden F13456
San Quentin State Prison
San Quentin, CA 94974

LEGAL MAIL

Office of the Clerk US District Court
Northern District of Cal
450 Golden Gate AVE
San Francisco, CA 94102

07/24/08